**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 1:08cr4-003/MMP

DEARMUS CEZHAN LOVETT

_____/

**O R D E R**

After entering a guilty plea to the charges brought against him in the one-count Indictment in this case, defendant was sentenced to a 160 month term of imprisonment. (*See* Judgment dated February 5, 2009, doc. 263).  This matter was later brought before the court on defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). (Doc. 365).  Upon review, the court denied defendant's motion for sentence reduction. (*See* doc. 373).  Defendant has appealed the court's decision (doc. 375) and this matter is now before the court on defendant's motion for leave to appeal *in forma pauperis* (doc. 379).

Pursuant to the Presentence Investigation Report, based upon a total offense level of 36 and a criminal history category of VI, the guideline imprisonment range for defendant at the time of sentencing was 324 to 405 months; however, because defendant was subject to a statutory mandatory minimum sentence of Life, that became the guideline sentence pursuant to §5G1.1(b).  Defendant's guideline range did not change as a result of the application of Amendment 750.

Pursuant to Federal Rule of Appellate Procedure 24(a), this court hereby certifies that this appeal is NOT taken in good faith and defendant is NOT entitled to proceed on appeal *in forma pauperis*.

Accordingly, it is ORDERED:

1.      Defendant's motion for leave to proceed *in forma pauperis* on appeal (doc. 379) is DENIED.

2.      Defendant is directed to pay the full appellate filing fee of $455.00 within thirty (30) days from the date of this order.

**DONE and ORDERED** this 3rd day of March, 2012.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**